HONORABLE MARSHA J. PECHMAN

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

JUN - 7 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

04-CV-02306-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VECTRA FITNESS, INC.,
*a Washington corporation,*

    Plaintiff,

v.

BRUNSWICK CORPORATION,
a Delaware corporation,
and its division, LIFE FITNESS, INC.,

    Defendant.

CIVIL ACTION NO. CV04-2306P

**CONSENT JUDGMENT**

Plaintiff Vectra Fitness, Inc. ("Vectra"), and Defendant Brunswick Corporation and its division, Life Fitness, Inc. ("Life Fitness"), consent to judgment as follows:

1. Vectra is a Washington corporation with a place of business at 7901 South 190th Street, Kent, WA 98032.

2. Brunswick Corporation is a Delaware corporation with a place of business at 1 N. Field Court, Lake Forest, Illinois 60045.

3. This Court has subject matter jurisdiction over this dispute and personal jurisdiction over the parties. Venue is proper in this district.

4. United States Patent No. Re. 34,572 ("the '572 patent") is valid and enforceable.

CONSENT JUDGMENT
CIVIL ACTION NO. CV04-2306

-1-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

5.  This Court will retain jurisdiction of the case to enforce this Consent Judgment and the Settlement Agreement between the parties.

DATED this __28TH__ day of __MAY__, 2005.

| DORSEY & WHITNEY LLP | LANE POWELL PC |
|---|---|
| */s/ Paul T. Meiklejohn* | */s/ John S. Devlin* |
| PAUL T. MEIKLEJOHN WSBA #17477<br>U.S. Bank Centre<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101-4010<br>Telephone: (206) 903-8800<br>Facsimile: (206) 903-8820 | JOHN S. DEVLIN WSBA # 23988<br>U.S. Bank Centre<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>Telephone: (206) 223-7000<br>Facsimile: (206) 223-7107 |
| JOSE L. SANCHEZ, WSBA #27187<br>Vectra Fitness, Inc.<br>7901 S. 190th Street<br>Kent, WA 98032<br>Telephone: (425) 291-9550<br>Facsimile: (425) 291-9650 | |
| Attorneys for Plaintiff Vectra Fitness, Inc. | Attorney for Defendant Brunswick Corporation, and its Division, Life Fitness, Inc. |

CONSENT JUDGMENT
CIVIL ACTION NO. CV04-2306
-2-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

ORDER

IT IS SO ORDERED.

Dated this ___7___ day of ___June___, 2005.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge

CONSENT JUDGMENT                        -3-
CIVIL ACTION NO. CV04-2306

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820